ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 12-60054-B-7F |
| DWIGHT LONG and NELLIE LONG, | DC No. RHT-8 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363 |
| Debtors._____/ | Date: February 26, 2014<br>Time: 10:00 a.m.<br>Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about December 6, 2012, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in Bay Development Group LLC with a fair market value of approximately $10,000.00.

5. The Trustee has received an offer from Michael Schulte to purchase all of the debtors' rights and legal and equitable interests in Bay Development Group LLC as they existed on the date the debtors filed their Chapter 7 proceeding for the total sum of $10,000.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the asset and the difficulties associated with marketing and selling interest in an LLC.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Michael Schulte for the total sum of $10,000.00.

**DATED**: JANUARY 16, 2014

    /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee

2