ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>DWIGHT LONG and<br>NELLIE LONG<br><br><br><br><br><br><br>                    Debtors.<br>_____/ | Case No. 12-60054-B-7F<br>DC No. RHT-10<br><br>**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY FREE AND CLEAR OF JUDGMENT LIEN AND PAY ORDINARY COSTS OF SALE AND REAL ESTATE COMMISSIONS**<br>(11 U.S.C. §363)<br><br>Date:  April 9, 2014<br>Time: 10:00 a.m.<br>Dept:  B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1.      He is the duly appointed, qualified, and acting trustee for the above-entitled estate.

2.      The above-captioned case was filed under Chapter 7 on or about December 6, 2012, and an order for relief was entered.  Robert Hawkins was appointed Chapter 7 Trustee on or about December 6, 2012.

3.       This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. Section 1334(b) and (d), Section 157(b)(2)(N), and 11 U.S.C. Sections 363.  This is a core proceeding.

4.       Among the assets of this estate is real property commonly known as 4504 North Valentine #151, Fresno, California, with a fair market value of approximately $45,000.00.

1   5. The Trustee has obtained an offer from Richard J Yeager and Carol B Yeager to purchase the real property for the total sum of $45,000.00 cash.

   6. The Trustee has agreed to pay a commission to Guarantee Real Estate in the amount of six percent (6%) of the purchase price in connection with the sale.

   7. The Trustee reviewed the Preliminary Report which indicates that the property is subject to a lien created by deed of trust, property taxes, and a judgment lien. The Trustee is informed and believes that the lien is in favor of Western Savings in the amount of approximately $5,000.00. The Trustee is further informed and believes that the property is subject to property taxes in the amount of approximately $257.51. The Trustee has obtained a Default Judgment avoiding the lien created by abstract of judgment in favor of Citibank, N.A. recorded on September 7, 2012 and identified in the Official Records of the County of Fresno as Recording No. 2012-0127953. .After payment of the secured creditor lien, property taxes, and commissions and escrow costs, the Trustee expects the net proceeds from the sale to be approximately $36,142.00.

   8. Said offer is the best and highest offer received for the property and, in the opinion of the Trustee, said offer is for the full and fair market value of the property. Said sale is subject to higher and better offer in increments of $1,000.00.

   9. The Trustee believes that confirmation of the sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

   **WHEREFORE**, the Trustee prays that, after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Richard J Yeager and Carol B Yeager, or nominee, for the total sum of $45,000.00, subject to higher and better offer at the hearing on confirmation of said sale, and that the Court authorize the payment of ordinary sale costs as contemplated by the parties in order to close escrow.

   **DATED**: MARCH 17, 2014

                  /S/Robert Hawkins
                  ROBERT HAWKINS,
                  Chapter 7 Trustee